IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES E. FRIERSON, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. CIV-21-245-R |
| | ) |
| JIM FARRIS, Warden | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation entered by Magistrate Judge Shon T. Erwin on April 19, 2021, Doc. No. 6. Judge Erwin recommends that Petitioner's motion for leave to proceed *in forma pauperis* be denied and Petitioner ordered to pay the full filing fee of $5.00 for the action to proceed. The Court received Petitioner's filing fee on April 22, 2021. Therefore, the undersigned adopts the Report and Recommendation, denies the Motion for Leave to Proceed *In Forma* Pauperis, Doc. No. 5, and re-refers this matter to Magistrate Judge Erwin for further proceedings consistent with the original referral entered herein.

**IT IS SO ORDERED** this 3rd day of May 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE