# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES E. FRIERSON, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. CIV-21-245-R |
| | ) |
| JIM FARRIS, Warden | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin in which he recommended that the Motion to Dismiss filed by the Respondent be granted. Doc. No. 17. No objection to the Report and Recommendation has been filed within the time limit prescribed therein, nor has an extension of time in which to object been sought. Therefore, the Report and Recommendation is ADOPTED in its entirety. Respondent's Motion to Dismiss [Doc. No. 14] is GRANTED.

IT IS SO ORDERED this 17th day of November 2021.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE